# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00595-CV

**Harriet "Hatsy" Heep Shaffer, Appellant**

**v.**

**Alien, Inc.; Strategic Land Management Consultants, L.L.C.; Clark Wilson
Homes, Inc.; Capital Pacific Holdings, L.L.C.; Gary Bradley; Bradley
Development, Inc.; SH-45 Development, L.L.P.; SH-45
Development, G.P., Inc.; and Lazarus
Development, L.L.P., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. GN002699, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Harriet "Hatsy" Heep Shaffer has filed a motion to dismiss this appeal. We

grant the motion and dismiss the appeal.[1]  *See* Tex. R. App. P. 42.1(a).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:  November 4, 2005

---

[1]  Shaffer's appeal was abated due to bankruptcy.  *See* 11 U.S.C. § 362; Tex. R. App. P. 8.
Shaffer's motion to dismiss has been authorized by the bankruptcy trustee; it appears that all stays
are now lifted pursuant to the Chapter 11 confirmation plan of July 26, 2005.